AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jun 22, 2026**

SEAN F. McAVOY, CLERK

THOMAS F. MERRY,
a man, a citizen of the State of Washington

*Plaintiff*

v.

WESLEY CORNELIUS, Chelan County Assessor, in his official capacity; RUSS GRIFFITH, Chelan County Treasurer, in his official capacity; KEVIN OVERBAY, SHON SMITH, and BRAD HAWKINS, Chelan County Board of Commissioners, in their official capacities; ROBERT SEALBY, Chelan County Prosecuting Attorney, in his official capacity; MIKE PELLICCIOTTI, Washington State Treasurer, in his official capacity; BOB FERGUSON, Governor of the State of Washington, in his official capacity; DREW SHIRK, Director of the Washington State Department of Revenue, in his official capacity; NICK BROWN, Washington State Attorney General, in his official capacity

*Defendant*

)
)
)
)
)
)
)

Civil Action No.   2:26-CV-00139-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Court Order at ECF No 14, the Washington State Defendants' Motion to Dismiss, ECF No. 7, is GRANTED, and the remaining motions, ECF Nos. 9 and 11, are DENIED for mootness, and this action is DISMISSED with prejudice for lack of subject matter jurisdiction.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Rebecca L. Pennell.

Date:   6/22/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*